[Nos. 12314-9-I; 12313-1-I.   Division One.   April 8, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. BRIAN MATTHEW STEIK, *Appellant.*

Appeals from judgments of the Superior Court for King

County, Nos. 82–8–02036–4, 82–8–02620–6, Gary M. Little, J., entered August 20, 1982. *Affirmed* by unpublished opinion per Scholfield, A.C.J., concurred in by Swanson and Williams, JJ.